IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVEON M. RAGINS**                                                                                   **PLAINTIFF**

VS.                                       Case No. 4:22-CV-598-JM

**PACE INDUSTRIES**                                                                                   **DEFENDANT**

**ORDER**

After repeated noncompliance with discovery, on March 16, 2023, this Court ordered Mr. Ragins to show cause by March 30, 2023, as to why the Court should not dismiss his case due to his repeated failures to comply with Local Rule 5.5(c)(2). (Doc. 22). The Court warned that failure to do so would result in the dismissal of his Complaint. (*Id*.). Mr. Ragins has not responded to the Court's March 30, 2023, Order, and the time to do so has passed. Accordingly, Mr. Ragins's complaint is dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal of this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 3rd day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE